**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>**QUENTIN NELSON**<br><br>　　　　　Defendant. | CR NO:　　2:24-cr-314 DJC |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee:　Quentin Nelson
Detained at　　　　Substance Abuse Treatment Facility and State Prison, Corcoran
Detainee is:　　a.)　☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint
　　　　　　　　　　　charging detainee with:　18 U.S.C. § 2252A(a)(2)(A), (b)(1); 18 U.S.C. 2252A(a)(5)(b)
　　　　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　　　or　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary April 2, 2025, in the Eastern District of California.*

Signature:　　　　　　　　　　　/s/ Kristin F. Scott
Printed Name & Phone No:　　Kristin F. Scott　916-554-2746
Attorney of Record for:　　　　United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **April 2, 2025**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　March 25, 2025　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　Honorable Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male | ☐ Female |
| Booking or CDC #: | AS5147 | DOB: | 1/17/1992 |
| Facility Address: | 900 Quebec Avenue, Corcoran, CA 93212 | Race: | Black |
| Facility Phone: | (559) 992-7100 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(signature)