HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
QUENTIN NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:24-CR-00314-DJC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| vs. | ) ) ) | |
| QUENTIN NELSON, | ) ) | DATE: October 23, 2025 |
| Defendant. | ) ) ) | TIME: 9:00 AM JUDGE: Hon. Daniel J. Calabretta |

**STIPULATION**

The United States of America, by and through its counsel of record, Ross Pearson, and Quentin Nelson ("Defendant"), by and through his counsel of record, Assistant Public Defender, Noa Oren, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 23, 2025.

2. By this stipulation, the parties now move to continue the status conference until December 4, 2025, at 9:00 a.m., and to exclude time between October 23, 2025, and December 4, 2025, under Local Code T4 and 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

3. Mr. Nelson has been indicted on 2 counts related to child exploitation: Count One charges Mr. Nelson with Receipt and Attempted Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1); and Count Two charges Defendant with Possession of Prepubescent Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2).  Due to

the nature of the investigation and charges, discovery in this case has been voluminous and will require careful and thorough review by the parties. The parties obtained a joint Protective Order on April 17, 2025, to govern discovery dissemination. (ECF No. 12). The defense has reviewed discovery. Defense requires additional time to conduct follow-up investigation and mitigation. Mr. Nelson is housed at Taft so communication with him will require more labor and potential travel at this stage.

    4.    Accordingly, the parties agree and stipulate, and request that the Court find the following:

    a)    Pursuant to the aforementioned Protective Order, the United States has provided counsel for the defendant with a large amount of discovery in this case, which includes records of FBI and CDCR reports, access to full electronic data extractions from multiple devices, search warrant records returns, chat logs, bank records and peer-to-peer payment logs from multiple institutions relating to accounts in various names. The United States has also provided CDCR records, recorded media, and records from various electronic service providers.

    b)    Counsel for Defendant desires additional time to work with her investigator to conduct her own investigation and to discuss potential resolutions with her client.

    c)    Counsel for Defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account her exercise of due diligence.

    d)    The United States does not object to the brief continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

3161, et seq., within which trial must commence, the time period of October 23, 2025 to December 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), B(iv) [Local Code T4] because it is a continuance granted at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

5.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 1, 2025

                          HEATHER E. WILLIAMS
                          Federal Defender

                          */s/ Noa E. Oren*
                          NOA E. OREN
                          Attorney for Defendant
                          QUENTIN NELSON

Dated: October 1, 2025           ERIC GRANT
                          United States Attorney

                          */s/ Ross Pearson*
                          ROSS PEARSON
                          Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of October, 2025.

/s/ Daniel J. Calabretta
HON. DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE