HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
QUENTIN NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:24-CR-00314-DJC |
| Plaintiff, ) | **STIPULATION TO RESET SENTENCING HEARING** |
| vs. ) | |
| QUENTIN NELSON, ) | DATE: October 23, 2025<br>TIME: 9:00 AM<br>JUDGE: Hon. Daniel J. Calabretta |
| Defendant. ) | |

### STIPULATION

The United States of America, by and through its counsel of record, Zachary Malinski, and Quentin Nelson ("Defendant"), by and through his counsel of record, Assistant Public Defender, Noa Oren, hereby stipulate to resume Mr. Nelson's sentencing hearing on May 21, 2026.

Dated:  April 30, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Attorney for Defendant
QUENTIN NELSON

-1-

Dated:  April 30, 2026                    ERIC GRANT
                                          United States Attorney


                                          */s/ Zachary Malinski*
                                          ZACHARY MALINSKI
                                          Assistant United States Attorney


                                    **ORDER**


IT IS SO FOUND AND ORDERED this 30th day of April, 2026.


                                          /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE